IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:06cr391 |
| v. | ) | |
| CRISTIANA DILLEY, | ) | REASSIGNMENT ORDER |
| Defendant. | ) | |

It has come to this court's attention that the above case was assigned in error to District Judge Joseph F. Bataillon and Magistrate Thomas D. Thalken. Accordingly,

IT IS ORDERED that this case is reassigned to District Judge Laurie Smith Camp for disposition and to Magistrate Judge F A Gossett for judicial supervision and processing of all pretrial matters.

DATED this 21st day of December, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge