## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 8:06CR391 |
| CRISTIANA DILLEY, | ) ) | **SCHEDULING ORDER** |
| Defendant. | ) ) | |

　　　IT IS ORDERED that the following is set for hearing on **March 6, 2007** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

　　　- Motion for Notice of Other Crimes Wrongs or Acts [16]
　　　- Motion to Suppress [18]

　　　Since this is a criminal case, the defendant must be present, unless excused by the Court.

　　　DATED this 1st day of February, 2007.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　s/ F.A. Gossett
　　　　　　　　　　　　　　　　　United States Magistrate Judge