# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CR391 |
| | ) | |
| CRISTIANA DILLEY, | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |

Before the court is the defendant's Motion to Continue Pretrial Motion Hearings [27]. The government has no objection.   Good cause being shown, the motion will be granted and the previously scheduled  evidentiary hearing will be continued.

IT IS ORDERED:

1.  That the defendant's Motion to Continue Pretrial Motion Hearings [27] is granted; and

2.  That the evidentiary hearing on the Motion for Notice of Other Crimes Wrongs or Acts [16] and Motion to Suppress Search and Statements [18] is continued to **April 6, 2007** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 13th day of March, 2007.

BY THE COURT:


s/ F.A. Gossett
United States Magistrate Judge