**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR391** |
| **Plaintiff,** | )<br>)<br>) | **ORDER** |
| vs. | )<br>) | |
| **CRISTIANA DILLEY,** | )<br>) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's Motions in Limine (Filing Nos. 14, 15).

IT IS ORDERED that the Defendant's Motions in Limine (Filing Nos. 14, 15) are held in abeyance and will be decided at the conference scheduled in chambers on the first day of trial.

Dated this 14th day of March, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge