IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:06CR391 |
| CRISTIANA DILLEY, | ) ) | **SCHEDULING ORDER** |
| Defendant. | ) ) | |

    Before the court is the defendant's oral motion to continue [30]. The government has no objection. Good cause being shown, the oral motion will be granted and the previously scheduled evidentiary hearing will be continued.

    IT IS ORDERED:

1. That the defendant's oral motion to continue [30] is granted; and

2. That the evidentiary hearing on the Motion for Notice of Other Crimes Wrongs or Acts [16] and Motion to Suppress Search and Statements [18] is continued to **May 2, 2007** at **2:00 p.m.** before Magistrate Judge David L. Piester, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

    Since this is a criminal case, the defendant must be present, unless excused by the Court.

    DATED this 11th day of April, 2007.

                                                 BY THE COURT:

                                                 s/ David L. Piester
                                                 United States Magistrate Judge